Case 4:18-cv-03029 Document 1-2 Filed in TXSD on 08/30/18 Page 1 of 2

8/15/2018 3:29 PM
Chris Daniel - District Clerk Harris County
Envelope No. 26787303
By: Bristalyn Daniels
Filed: 8/15/2018 3:29 PM

08/31/2018

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER ____ 73522295 CIV

**CAUSE NUMBER** 201851409

**PLAINTIFF:** OLONE, REGINA
vs.
**DEFENDANT:** TARGET CORPORATION

**In The** 164th
**Judicial District Court of**
**Harris County, Texas**

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

TO: TARGET CORPORATION MAY BE SERVED THROUGH ITS REGISTERED AGENT
CT CORPORATION
1999 BRYAN ST SUITE 900 DALLAS TX 75201 - 3136

Attached is a copy of ORIGINAL PETITION.

This instrument was filed on the ___2nd___ day of ___August___ 20__18__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___3rd___ day of ___August___, 20__18__.

Issued at request of:
BRUERA, SOFIA
3100 TIMMONS LANE, SUITE 310
HOUSTON, TX 77027
TEL: (832) 430-4000
Bar Number: 24062189

**CHRIS DANIEL, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CLAUSELL,CYNTHIA RGI//11011043

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20_____, at _____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
(STREET ADDRESS) (CITY)
in _____ County, Texas on the _____ day of _____, 20_____, at _____ o'clock ___.M.,
by delivering to _____, by delivering to its
(THE DEFENDANT CORPORATION NAMED IN CITATION)
_____, in person, whose name is _____,
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)
a true copy of this citation, with a copy of the _____ Petition attached,
(DESCRIPTION OF PETITION, E.G., "PLAINTIFFS ORIGINAL")
and with accompanying copies of _____.
(ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $_____ By: _____
(SIGNATURE OF OFFICER)
Printed Name: _____

_____ As Deputy for: _____
Affiant Other Than Officer (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20_____.

_____
Notary Public

N.INT.CITC.P

*73522295*

**EXHIBIT A**

CAUSE NO. 2018-51409

**REGINA OLONE**
**VS.**

IN THE 164TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

**TARGET CORPORATION**

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, __Guy C. Connelly__ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is __Guy C. Connelly__ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

2701 W. 15th, Plano, TX 75075

(SERVER'S ADDRESS)

2. ON __8/8/18__ (DATE) AT __11:00__ (__A__) M (TIME) CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION AND REQUEST FOR DISCLOSURE TO DEFENDANT TARGET CORPORATION came to hand for delivery to TARGET CORPORATION BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM.

3. ON __8/8/18__ (DATE) AT __1:10__ (__P__) M (TIME) - The above named documents were delivered to: TARGET CORPORATION BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM by delivering to

__ANNA GREL, P.S.__

(NAME AND TITLE), authorized agent for service @

1999 Bryan, Suite 900, Dallas, TX 75201

(ADDRESS), by CORPORATE Service

SIGNATURE
PSC# __2201__   EXPIRATION: __9/30/18__

Guy C. Connelly
**AFFIANT PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by __Guy C. Connelly__ appeared on this __8__ day of __August__, 2018 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2018.08.312015
ANNA M CONNELLY
My Commission Expires
March 1, 2019

**EXHIBIT A**