8/2/2018 3:00 PM
Chris Daniel - District Clerk Harris County
Envelope No. 26471281
By: Cynthia Clausell-McGowan
Filed: 8/2/2018 3:00 PM

CAUSE NO. _____

| | | |
|---|---|---|
| REGINA OLONE | § § § | IN THE DISTRICT COURT OF |
| Plaintiff | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| TARGET CORPORATION | § § | |
| Defendant | § | _____ JUDICIAL DISTRICT |

## Original Petition

Regina Olone (hereinafter referred to as "Plaintiff") complains of Target Corporation (hereinafter referred to as "Defendant") and would respectfully show the court:

### I.

### Nature of Action

1. Plaintiff brings negligence, gross negligence and premises liability claims against Defendant.

### II.

### Jurisdiction and Venue

2. The claims asserted arise under the common law of Texas.

3. The Court has jurisdiction in this matter because Plaintiff's damages are within its jurisdictional limits. Venue is proper and maintainable in Harris County, Texas, because the acts and/or omissions giving rise to Plaintiff's claim occurred at/near Harris County.

### III.

### Discovery Level

4. Discovery in this matter may be conducted under Level 3 of the Texas Rules of Civil Procedure.

1

**EXHIBIT B**

## IV.

### Statement Regarding Monetary Relief Sought

5. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief between $200,000 and $1 million. Plaintiff reserves her right to amend and supplement this amount in accordance with the Texas Rules of Civil Procedure.

## V.

### Parties

6. Plaintiff is a resident of Texas.

7. Defendant Target Corporation may be served through its registered agent CT Corporation, 1999 Bryan St., Suite 900, Dallas, TX 75201-3136.

## VI.

### Facts

8. This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about September 22, 2017. At that time, Plaintiff was an invitee at Defendant's Target store. Plaintiff's foot was caught on a metal threshold in the exit door. Notably, there was no warning sign indicating that there was a dangerous condition. Consequently, she suffered significant injuries to her knee, wrist and other parts of her body

## VII.

### Causes of Action

*A. Negligence and Gross Negligence*

9. Plaintiff sustained injuries because of Defendant's negligence and gross negligence when Defendant:

- Failed maintain the metal frame to the exit door in a safe condition;
- Failed to warn Plaintiff of the hazard;

2

EXHIBIT B

- Failed to repair the metal frame on the exit door; and
- Other acts so deemed negligent and grossly negligent.

10. As a result of Defendant's negligence, Plaintiff sustained substantial injuries. Further, Plaintiff has sustained a loss of past and future earnings, as well as medical bills and other damages, including but not limited to pain and mental anguish. Defendant was grossly negligent because it consciously disregarded the safety of invitees on its premises. Therefore, Plaintiff is entitled to punitive damages.

### B. *Premises Liability*

11. Defendant owned, occupied and/or controlled the area where Plaintiff was injured.

12. The condition of the area where Plaintiff was injured posed an unreasonable risk of harm, and Defendant had actual knowledge or reasonably should have known of the unreasonably dangerous condition. Moreover, Plaintiff did not have actual knowledge of the unreasonably dangerous condition.

13. Plaintiff was an invitee who entered Defendant's premises with Defendant's knowledge and for Defendant's benefit. Defendant had a duty to either warn Plaintiff of this unreasonably dangerous condition, or make the unreasonably dangerous condition reasonably safe. Defendant breached this duty by failing to warn Plaintiff of this known unreasonably dangerous condition and by failing to make the unreasonably dangerous condition reasonably safe.

14. Defendant's breaches of its duties proximately caused Plaintiff's injuries.

## VIII.

### Jury Demand

Plaintiff respectfully demands a trial by jury.

EXHIBIT B

## IX.

## Prayer

Plaintiff prays for damages exceeding $200,000 but less than $1,000,000.00. Plaintiff also prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff may have judgment against said Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which she may show herself justly entitled including but not limited to:

- Past and future medical damages;
- Past and future loss of earning capacity;
- Past and future pain and suffering and mental anguish;
- Past and future impairment;
- Past and future disfigurement;
- Exemplary damages

Respectfully submitted,

**BRUERA LAW FIRM, PLLC**

*/s/ Sofia E. Bruera*

---

SOFIA E. BRUERA
State Bar No. 24062189
3100 Timmons Ln, Suite 310
Houston, TX 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
E-mail: sofia@brueralaw.com

**ATTORNEYS FOR PLAINTIFF**

**EXHIBIT B**

8/28/2018 10:32 AM
Chris Daniel - District Clerk Harris County
Envelope No. 27094374
By: Bristalyn Daniels
Filed: 8/28/2018 10:32 AM

CAUSE NO. 2018-51409

| | | |
|---|---|---|
| REGINA OLONE, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| | § | |
| TARGET CORPORATION | § | |
| | § | |
| | § | |
| *Defendants.* | § | 164TH JUDICIAL DISTRICT |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **TARGET CORPORATION**, Defendant in the above entitled and numbered cause and in answer to the Plaintiff's pleadings on file herein, would respectfully show unto the Court as follows:

#### A.
#### GENERAL DENIAL

1. Defendant asserts a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and respectfully requests that Plaintiff be required to prove the charges and allegations against this Defendant by the evidence as is required by the laws of the State of Texas.

1

**EXHIBIT B**

## B.
## CREDIT / OFFSET

2. In the unlikely event that Defendant is found liable to Plaintiff, Defendant affirmatively pleads that it is entitled to a dollar-for-dollar credit/offset for any and all sums Plaintiff has received or may hereafter receive by way of any and all payments or settlements of any claims, causes of action, or potential causes of action arising out of the incident made the basis of this lawsuit. This written election is being made pursuant to §33.012(b)(1) of the Texas Civil Practice & Remedies Code.

## C.
## RIGHT TO SUPPLEMENT

3. Defendant respectfully reserves the right at this time to amend this Original Answer to the Plaintiff's allegations after said Defendant has had the opportunity to investigate more closely these claims, as is the right and privilege of said Defendant under the Rules of Civil Procedure and the laws of the State of Texas.

## D.
## DISCOVERY DOCUMENTS

4. By way of further Answer, Defendant hereby gives actual notice to the Plaintiff, that any and all documents produced during discovery may be used against the party Plaintiff, if any, at any pre-trial proceeding and/or trial of this matter without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

EXHIBIT B

## E.
## PAID OR INCURRED

5. Defendant invokes §41.0105 of the Texas Civil Practice and Remedies Code and request that to the extent Plaintiff seeks recovery of medical or healthcare expenses, the evidence to prove such loss be limited to the amount actually paid by or on behalf of the Plaintiff, as opposed to the amount charged.

## F.
## NET LOSS REDUCTION

6. Defendant also invokes §18.091 of the Texas Civil Practice and Remedies Code and request that to the extent that Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value, or a loss of inheritance, that the evidence to prove such loss must be present in the form of a net loss after reduction for income tax payments or unpaid tax liability. Defendant further requests that the Court instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal income taxes.

## G.
## JURY DEMAND

7. Defendant herein demands a trial by jury on all contested fact issues. On this date, a jury fee has been paid.

WHEREFORE, PREMISES CONSIDERED, the above named Defendant, **TARGET CORPORATION**, having fully answered herein, prays that Plaintiff take nothing by reason of this suit, and that Defendant be discharged. Defendant prays further that all court costs expended or incurred in this cause be assessed and taxed

EXHIBIT B

against Plaintiff, and for all such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**GERMER, PLLC**

By: _____
TROY A. WILLIAMS
State Bar No. 00788678

America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
*Telephone*: (713) 650-1313
*Facsimile:* (713) 739-7420
*E-Mail:* twilliams@germer.com

ATTORNEY FOR DEFENDANT,
**TARGET CORPORATION**

EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been duly served on the following counsel through the Court's CM/ECF system on this the 28th day of August, 2018.

Sofia E. Bruera
Bruera Law Firm, PLLC
3100 Timmons Lane, Suite 310
Houston, Texas 77027

_____
TROY A. WILLIAMS

**EXHIBIT B**

8/28/2018 10:32 AM
Chris Daniel - District Clerk Harris County
Envelope No. 27094374
By: Bristalyn Daniels
Filed: 8/28/2018 10:32 AM

CAUSE NO. 2018-51409

| | | |
|---|---|---|
| REGINA OLONE, | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff*, | | |
| v. | § § | HARRIS COUNTY, TEXAS |
| | § § § | |
| TARGET CORPORATION | § § § | |
| *Defendants*. | § | 164TH JUDICIAL DISTRICT |

## RULE 216 REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with the provisions of Rule 216 of the Texas Rules of Civil Procedure, Defendant, Target Corporation, requests that when this case proceeds to trial, it be placed on the Court's jury trial docket.

Respectfully submitted,

**GERMER, PLLC**

By: _____
TROY A. WILLIAMS
State Bar No. 00788678
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
*Telephone*: (713) 650-1313
*Facsimile:* (713) 739-7420
*E-Mail*: twilliams@germer.com

ATTORNEY FOR DEFENDANT,
TARGET CORPORATION

1

EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been duly served on the following counsel through the Court's CM/ECF system on this the 28th day of August, 2018, to the following counsel:

Sofia E. Bruera
Bruera Law Firm PLLC
3100 Timmons Lane, Suite 310
Houston, Texas 77027

_____
TROY A. WILLIAMS

EXHIBIT B